# Exhibit A

**Exhibit A-1**



**Exhibit A-2**



**Exhibit A-3**



**Exhibit A-4**



**Exhibit A-5**



**Exhibit A-6**



**Exhibit A-7**



**Exhibit A-8**

