UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br>　　v.<br><br>$131,984 IN UNITED STATES CURRENCY<br>SEIZED ON OCTOBER 14, 2021,<br>　　　　Defendant. | )<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>) |

## WARRANT AND MONITION

　　To:　The United States Marshals Service

<u>You</u> <u>Are</u> <u>Hereby</u> <u>Commanded</u> to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following defendant property, described as:

　　　　$131,984 in United States currency seized on October 14, 2021 from Quarry Street in Quincy, Massachusetts (the "Defendant Property").

This Court has found probable cause for forfeiture of the Defendant Property.  Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1)　Publishing notice of the United States' intent to forfeit the Defendant Property via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2)　Mailing or emailing, as appropriate, a copy of this Warrant and Monition, together with a copy of the Complaint to:

Raymond Jiang
554 Quarry Street
Quincy, MA 02169

Meixiu Huang
554 Quarry Street
Quincy, MA 02169

Jin-Ho King, Esquire
Milligan Rona Duran & King LLC
28 State Street, Suite 802
Boston, MA 02109

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand.

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Property in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest of the Defendant Property or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Complaint.  Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY ALEXANDRA W. AMRHEIN, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER.  ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY ALEXANDRA W. AMRHEIN, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL

PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, 15 NEW SUDBURY STREET, JFK BUILDING, ROOM E-400, BOSTON, MASSACHUSETTS 02204, ATTENTION: ASSET FORFEITURE GROUP.

Robert M. Farrell, Clerk
U.S. District Court

By: /s/ Samantha Dore
Deputy Clerk

Date: March 30, 2023

APPROVED AND SO ORDERED:

/s/ Leo T. Sorokin

United States District Judge

Date: March 30, 2023